GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MIA CAMARGO, | Case No. 2:23-cv-00046-APG-EJY |
| Plaintiff, | |
| vs. | **MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| EQUIFAX INFORMATION SERVICES, LLC | |
| Defendant. | **SECOND REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from February 21, 2023 through and including **March 7, 2023**. The request was made by Equifax so that it can have an opportunity

/ /

/ /

/ /

/ /

to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 21st day of February, 2023.

CLARK HILL PLLC

By: /s/Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
Email: gmarina@clarkhill.com

*Attorney for Defendant Equifax Information*

**No opposition**

/s/ Michael Everett Yancey, III
Michael Everett Yancey, III, Esq.
**Price Law Group, APC**
8245 N. 85th Way
Scottsdale, AZ 85258
818-600-5537
Fax: 818-600-5464
Email: michael@pricelawgroup.com

IT IS SO ORDERED:

United States Magistrate Judge

DATED: February 21, 2023