Michael Yancey III, NV # 16158
PRICE LAW GROUP, APC
5940 S Rainbow Blvd, Suite 3014
Las Vegas, NV 89118
P: (818) 600-5537
F: (818) 600-5464
E: michael@pricelawgroup.com
*Attorneys for Plaintiff*
*Mia Camargo*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MIA CAMARGO, | Case No.: 2:23-cv-00046-APG-EJY |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Mia Camargo and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice, with attorneys' fees and costs to be paid as indicated in the partis' settlement agreement. There are no remaining defendants in this matter.

RESPECTFULLY SUBMITTED this 10th day of April 2023.

1

*/s/Michael Yancey*
Michael Yancey III, NV # 16158
PRICE LAW GROUP, APC
5940 S Rainbow Blvd, Suite 3014
Las Vegas, NV 89118
P: (818) 600-5537
F: (818) 600-5464
E: michael@pricelawgroup.com
*Attorneys for Plaintiff*
*Mia Camargo*

*/s/Gia N. Marina*
GIA N. MARINA
Nevada Bar No. 15276
CLARK HILL PLLC
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

IT IS SO ORDERED:

Dated: April 11, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE